# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2736
LT Case No. 2018-305520-CFDB

_____

RAYMOND NINO FONTANA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

William R. Ponall, of Ponall Law, Maitland, and Robert B. Fisher,
of Robert B. Fisher, P.A., Longwood, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.


June 11, 2024


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., and MAKAR and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____